**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTOPHER LOWE**, **COLIN WOOD** **MARIETTA PROPERSI, REGINA BOZIC,** and **B SQUEAKY CLEAN LLC**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NBT BANK, N.A.,**<br><br>Defendant. | Case No. 3:19-CV-1400 (MAD/ML) |

<u>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS**
**ACTION SETTLEMENT**</u>

**PLEASE TAKE NOTICE**, that upon the accompanying Joint Declaration in Support of

Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated November 29, 2021,

together with Exhibits 1 through 3 annexed thereto, and the accompanying Unopposed Memorandum

of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, together

with Exhibits A and B annexed thereto, and upon all of the pleadings and proceedings herein,

Plaintiffs, by and through their undersigned attorneys, move this Court for an Order (1) granting

Preliminary Approval to the Settlement; (2) certifying for settlement purposes the proposed

Settlement Class, pursuant to Rule 23(a) and 23(b)(3); (3) appointing Plaintiffs as Class

Representatives; (4) approving the Notice Program and approving the form and content of the

Notices attached to the Agreement as Exhibits 1 and 2; (5) approving the opt-out and objection

procedures in the Agreement; (6) staying the Action against NBT Bank pending Final Approval of the

Settlement; (7) appointing Jeffrey Kaliel of KalielGold PLLC, Lynn Toops of Cohen & Malad, and

Taras Kick of The Kick Law Firm as Class Counsel; and (8) scheduling a Final Approval Hearing no

sooner than the week of May 9, 2022 (if convenient for the Court).[1]

Dated:  November 30, 2021
        Ridgefield Park, New Jersey

*/s/ James J. Bilsborrow*
James J. Bilsborrow (Bar Roll No. 519903)
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, New Jersey 07660
Telephone:     (212) 584-0755
Jbilsborrow@seegerweiss.com

Jeffrey D. Kaliel (Bar Roll No. 518372)
Sophia G. Gold (Bar Roll No. 701241)
**KALIELGOLD PLLC**
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone:     (202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielgold.com

Lynn A. Toops (admitted *pro hac vice*)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone:     (317) 636-2593
ltoops@cohenandmalad.com

J. Gerard Stranch, IV (admitted *pro hac vice*)
**BRANSTETTER, STRANCH
& JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone:     (615) 254-8801
gerards@bsjfirm.com

Christopher D. Jennings (admitted *pro hac vice*)
**THE JOHNSON FIRM**
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Telephone:     (501) 372-1300
chris@yourattorney.com

Kevin P. Roddy (NYSBA No. 652585)
**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive, Suite 900

---

[1] All capitalized terms used herein have the same meanings as those found in the Settlement Agreement, attached as Exhibit A to Plaintiffs' Memorandum of Law.

Woodbridge, New Jersey 07095
Telephone:     (732) 636-8000
kroddy@wilentz.com

Taras Kick (admitted *pro hac vice*)
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone:     (310) 395-2988
taras@kicklawfirm.com

*Counsel for Plaintiffs and the Settlement Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2021, the foregoing was served by CM/ECF to all counsel of record.

Respectfully submitted,

By:*/s/ James J. Bilsborrow*
       James J. Bilsborrow