**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTOPHER LOWE**, **COLIN WOOD MARIETTA PROPERSI, REGINA BOZIC,** and **B SQUEAKY CLEAN LLC**, on behalf of themselves and all others similarly situated,<br><br>                             Plaintiffs,<br>    v.<br><br>**NBT BANK, N.A.,**<br><br>                             Defendant. | Case No. 3:19-CV-1400 (MAD/ML) |

## PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs and Service Award, together with Exhibit A, the Joint Declaration in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs and Service Awards, dated August 12, 2022, and Exhibit B, the Declaration of Edward Dattilo Regarding Implementation of Notice Program, dated August 4, 2022, and Exhibit C, the [Proposed] Final Approval Order Approving Class Action Settlement and Granting Application for Attorneys' Fees and Costs, and Service Awards, and upon all of the pleadings and proceedings herein, Plaintiffs, by and through their undersigned attorneys, will move this Court on September 29, 2022, at 12:00 p.m. for an Order (1) granting final approval of the Settlement; (2) certifying for settlement purposes the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3); (3) appointing Plaintiffs as Class Representatives; (4) appointing Class Counsel; (5) granting Class Counsels' Application for Attorneys' Fees and Costs and Service Awards; and (6) entering Final Judgment dismissing the Action with prejudice.

Dated: August 12, 2022                      Respectfully submitted,

                                            */s/ Jeffrey D. Kaliel*
                                            Jeffrey D. Kaliel (Bar Roll No. 518372)
                                            **KalielGold PLLC**
                                            1100 15th St., NW, 4th Floor
                                            Washington, D.C.  20005
                                            Telephone: 202-350-4783
                                            jkaliel@kalielpllc.com

                                            Sophia G. Gold (Bar Roll No. 301241)
                                            **KalielGold PLLC**
                                            950 Gilman Avenue, Suite 200
                                            Berkeley, California 94710
                                            Telephone: (202) 350-4783
                                            sgold@kalielgold.com

                                            Lynn A. Toops (admitted *pro hac vice*)
                                            **COHEN & MALAD, LLP**
                                            One Indiana Square, Suite 1400
                                            Indianapolis, Indiana 46204
                                            Telephone:     (317) 636-2593
                                            ltoops@cohenandmalad.com

                                            James J. Bilsborrow (Bar Roll No. 519903)
                                            **WEITZ & LUXENBERG, P.C.**
                                            700 Broadway
                                            New York, New York 10003
                                            Telephone:     (212) 558-5500
                                            Jbilsborrow@weitzlux.com

                                            J. Gerard Stranch, IV (admitted *pro hac vice*)
                                            **BRANSTETTER, STRANCH**
                                            **& JENNINGS, PLLC**
                                            223 Rosa L. Parks Avenue, Suite 200
                                            Nashville, Tennessee 37203
                                            Telephone:     (615) 254-8801
                                            gerards@bsjfirm.com

                                            Kevin P. Roddy (NYSBA No. 652585)
                                            **WILENTZ, GOLDMAN & SPITZER, P.A.**
                                            90 Woodbridge Center Drive, Suite 900
                                            Woodbridge, New Jersey 07095
                                            Telephone:     (732) 636-8000
                                            kroddy@wilentz.com

                                            Taras Kick (admitted *pro hac vice*)
                                            **THE KICK LAW FIRM, APC**

815 Moraga Drive
Los Angeles, California 90049
Telephone:      (310) 395-2988
taras@kicklawfirm.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this action.

*/s/ James J. Bilsborrow*
James J. Bilsborrow
(Bar Roll #519903)